COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES MARCUS NEVES, | § | No. 08-24-00097-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 390th District Court |
| THE STATE OF TEXAS, | § | |
| | | of Travis County, Texas |
| Appellee. | § | |
| | | (TC# D-1-DC-21-206017) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 20th day of May 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.